[No. 2974–3; 3000–3.   Division Three.   November 15, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE
VAN ZANT, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 26097, George T. Shields, J., entered
July 5, 1978. *Affirmed* by unpublished opinion per McCabe,
J. Pro Tem., concurred in by Green, C.J., and Roe, J.

[No. 6879–1.   Division One.   November 19, 1979.]

KUNO H. GERLER, *Appellant*, v. KEMP E.
HIATT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 837992, Stanley C. Soderland, J., entered
August 4, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Andersen, JJ.

[No. 6827–1.   Division One.   November 26, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK EARL
COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86045, Jack P. Scholfield, J., entered August 1,
1978. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by James and Dore, JJ.